UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT KOLLER, et al.,<br><br>  Plaintiffs.<br><br>  v.<br><br>MONSANTO COMPANY, et al.,<br><br>  Defendants. | Case No. 22-cv-04260-MMC<br><br>**JUDGMENT IN A CIVIL CASE**<br><br>Re: Dkt. No. 101 |

   **( )** **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

   **(X)** **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   Defendants' motions to dismiss are hereby GRANTED, and the First Amended Class Action Complaint is hereby DISMISSED without further leave to amend.

   **IT IS SO ORDERED AND ADJUDGED**

Dated: 12/4/2023

Mark B. Busby, Clerk of Court

Tracy Geiger
Deputy Clerk