**GUTRIDE SAFIER LLP**
SETH A. SAFIER (SBN 197427)
MARIE A. MCCRARY (SBN 262670)
ANTHONY PATEK (SBN 228964)
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone: (415) 336-6545
Facsimile: (415) 449-6469
seth@gutridesafier.com
marie@gutridesafier.com
anthony@gutridesafier.com

KALI BACKER (SBN 342492)
4450 Arapahoe Ave., Suite 100
Boulder, CO 80303
Telephone: (415) 336-6545
Facsimile:  (415) 449-6469
kali@gutridesafier.com

**WOOL TRIAL LAW LLC**
DAVID J. WOOL (SBN 324124)
1001 Bannock Street, #410
Denver, CO 80204
Telephone: (720) 509-9101
david@wooltriallaw.com

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT KOLLER, TIM FERGUSON, RUBY CORNEJO and JOHN LYSEK, individually, and on behalf of the general public and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MONSANTO COMPANY, BAYER CROPSCIENCE LP; and SEAMLESS CONTROL LLC,<br><br>DEFENDANTS | Case No. 3:22-cv-04260-MMC<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) |

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs and Defendants hereby stipulate to the voluntarily dismissal of all of Plaintiffs' claims in this action with prejudice. All parties shall bear their own attorneys' fees and costs.

Dated: October 31, 2025

**GUTRIDE SAFIER LLP**

*/s/Seth A. Safier/s/*
Seth A. Safier
  seth@gutridesafier.com

*Attorneys for Plaintiff*

**WINSTON & STRAWN LLP**

*/s/ John J. Rosenthal/s/*

John J. Rosenthal
JRosenthal@winston.com

*Attorneys for Defendants*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>ATTESTATION OF CONCURRENCE IN FILING</u>

In accordance with the Northern District of California Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the signatories who are listed on the signature page.

Dated: October 28, 2025

**GUTRIDE SAFIER LLP**

*/s/Seth A. Safier/s/*
Seth A. Safier, Esq.

*Attorney for Plaintiff*

- 3 -